IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>ANTELOPE TECHNOLOGIES, INC.,<br><br>   Debtor. | §<br>§<br>§<br>§ | CASE NO. 07-31159-H3-11 |
| ANTELOPE TECHNOLOGIES, INC.,<br><br>   Debtor-Appellant,<br><br>v.<br><br>JANIS LOWE and ALAN TAYLOR,<br><br>   Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-10-0205 |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order, the Bankruptcy Court's final Judgment dismissing Antelope Technologies, Inc.'s Chapter 11 petition is **AFFIRMED**.

Costs shall be taxed against the Appellants.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 21st day of July, 2010.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE