# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 18, 2011

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 2 7 2011

David J. Bradley, Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Avenue
Room 5300
Houston, TX 77002

        No. 10-20556,   Antelope Technologies, Inc. v. Janis
                        Lowe, et al
                USDC No. 4:10-CV-205

Enclosed, for the Southern District of Texas, Houston only, is a
copy of the judgment issued as the mandate.

Enclosed, for the Southern District of Texas, Houston only, is a
copy of the court's opinion.

The electronic copy of the record has been recycled.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Claudia N. Farrington, Deputy Clerk
                        504-310-7706

cc:  (letter only)
     Honorable Sim T. Lake III
     Ms. Mynde Shaune Eisen
     Mr. Richard Lee Fuqua II

P.S. to Judge Lake:   A copy of the opinion was sent to your
office via email the day it was filed.