UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

AUG 1 1 2011

David J. Bradley, Clerk of Court

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 08, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 10-20556   Antelope Technologies, Inc. v. Janis Lowe,
                 USDC No. 4:10-CV-205

The court has granted the motion to file the bill of costs out of time in this case.

Enclosed is the approved bill of costs in this case.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: /s/ Jim deMontluzin
                  James deMontluzin, Deputy Clerk
                  504-310-7679

Mr. David J. Bradley
Ms. Mynde Shaune Eisen
Mr. Richard Lee Fuqua II

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See FED. R. APP. P. & 5TH CIR. R. 39. **Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

ANTELOPE TECHNOLOGIES INC     v. JANIS LOWE and ALAN TAYLOR,     No. 10-20556

The Clerk is requested to tax the following costs against:

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | 450 | | | | |
| Appendix or Record Excerpts | 9 | 28 | 0.25 | 63 | 9 | 27 | .15 | 36.45 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 12 | 46 | 0.25 | 138 | 12 | 46 | .15 | 82.80 |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ | 651 | | | | 119.25 |

Costs are hereby taxed in the amount of $ 119.25     Costs are taxed in the amount of $ 119.25

State of Texas
County of Harris

I, Mynde S. Eisen, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 5th day of July 2011

this 8th day of August, 2011

LYLE W. CAYCE, CLERK
By _____ Deputy Clerk

_____ (Signature)

Attorney for JANIS LOWE and ALAN TAYLOR

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS